IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MANUEL VARGAS**                                            **PLAINTIFF**
**#28664-009**

v.                  **CASE NO. 4:17-CV-00230 BSM**

**NORTH LITTLE ROCK**
**POLICE DEPARTMENT, et al.**                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed. An *in forma pauperis* appeal would not be taken in good faith, and this dismissal counts as a "strike" for the purposes of of 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 1st day of August 2017.

_____
UNITED STATES DISTRICT JUDGE